809 A.2d 899

Ollie CARTER, Appellant,

v.

Donald VAUGHN, Superintendent, Thomas Cane, Record Office, et. al, Appellees.

No. 51 EAP 2001.

Supreme Court of Pennsylvania.

Sept. 13, 2002.

Ollie Carter, pro se.

Laura J.N. Failing, Camp Hill, for Donald Vaughn.

*ORDER*

PER CURIAM

**AND NOW,** this 13th day of September, 2002, probable jurisdiction is noted and the order appealed is affirmed.